CHERYL SCHMEID, Appellant, v ROSINA FOOD PRODUCTS INCORPORATED, Respondent. (Appeal No. 2.) [726 NYS2d 328]

Present—PIGOTT, JR., P. J., GREEN, HAYES, KEHOE and BURNS, JJ.

NANCY NORTHRUP, Appellant, v ROSINA FOOD PRODUCTS INCORPORATED, Respondent. (Appeal No. 3.) [726 NYS2d 329]

Present—PIGOTT, JR., P. J., GREEN, HAYES, KEHOE and BURNS, JJ.